```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF INDIANA
                           HAMMOND DIVISION
```

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 2:01-CR-48 |
| | ) |
| Phillip T. Charleston, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on the Motion for Relief from Final Judgment, Order, or Proceeding Pursuant to Rule 60(b)(4), filed by Phillip T. Charleston on May 11, 2009. For the same reasons set forth in this Court's March 10, 2009 Order, the motion is **DISMISSED** for want of jurisdiction.

**DATED: May 13, 2009**          /s/RUDY LOZANO, Judge
                                 **United States District Court**