# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:01-CR-48 |
| | ) | |
| Phillip T. Charleston, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

This matter is before the Court on the Petitioner Jurisdiction Memorandum, filed on June 24, 2009. Although not technically a motion, Charleston argues that this Court erred in previously denying his motion pursuant to Rule 60. This Court set forth its reasons for denying Charleston's motion pursuant to Rule 60 on March 10, 2009. On May 13, 2009, this Court stood by those reasons after Charleston filed a motion for relief from final judgment. Because these arguments have been previously addressed, the current filing is **DENIED AS MOOT.**

**DATED: June 26, 2009**          /s/RUDY LOZANO, Judge
                                  **United States District Court**